# UNITED STATES DISTRICT COURT
для the
Eastern District of North Carolina

FILED IN OPEN COURT
ON 7/28/2010
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 7:93-CR-16-1BO |
| David Elijah Smith ) | USM No: 14702-056 |
| Date of Previous Judgment: ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney  Pro Se |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the _____defendant_____ under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and the court having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.    ☒ GRANTED    and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __360__ months is reduced to ~~292~~ 292 — TWB months in Count 7.
If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 37 | Amended Offense Level: | 35 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 360 to 480 months | Amended Guideline Range: | 292 to 365 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain) :

**III. ADDITIONAL COMMENTS**

The reduction is applicable to Count 7 only. The terms of imprisonment in Counts 2, 4 and 6 are not impacted.

Except as provided above, all provisions of the judgment dated October 29, 1997 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 7/28/2010

Judge's signature

Effective Date: _____
(if different from order date)

The Honorable Terrence W. Boyle, US District Judge
Printed name and title