## UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

U.S.A. vs. David Elijah Smith                                        Docket No. 7:93-CR-16-1BO

### Petition for Action on Supervised Release

COMES NOW J. Brock Knight, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, David Elijah Smith, who on June 7, 1994, appeared before the Honorable Terrence W. Boyle, U.S. District Judge in the Eastern District of North Carolina, and upon a finding of guilt of 21 U.S.C. § 841(a)(1), Possession With Intent to Distribute Cocaine Base; 18 U.S.C. § 924(c), Use of a Firearm During a Drug Trafficking Crime; 21 U.S.C. § 856, Maintaining a Dwelling for the Purpose of Distributing Controlled Substances; 18 U.S.C. § 924(c), Use of a Firearm During a Drug Trafficking Crime; 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm; and 21 U.S.C. § 861, Employment of a Person Under 18 Years of Age to Distribute Controlled Substances, was sentenced to the custody of the Bureau of Prisons for a term of 660 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 72 months upon release from imprisonment. The term of imprisonment was reduced on October 29, 1997, to 360 months. It was further reduced on July 28, 2010, to 292 months, and then again on October 30, 2012, to 188 months.

David Elijah Smith was released from custody on November 1, 2012, at which time the term of supervised release commenced.

On January 17, 2014, a revocation hearing was held addressing new criminal conduct and failure to notify the probation officer of an address change. Smith was continued on supervision and conditions were modified to include mental health treatment and no contact with the victim, Delores Wilson.

On May 1, 2015, a Violation Report was submitted to the court addressing new criminal charges. The defendant was continued on supervision pending resolution of the charges in New Hanover County District Court.

On August 28, 2015, a Petition for Action on Supervised Release was submitted to the court addressing drug use. Smith was continued on supervision and conditions were modified to include drug treatment and service of 7 days custody.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

A urine specimen collected from the releasee on October 19, 2015, was positive for cocaine and opiates. When this officer confronted Smith about illicit drug use, he admitted that he used cocaine and opiates on October 17, 2015, and signed an admission form. As a sanction for this violation conduct, service of 10 days in jail and continued participation in substance abuse treatment are recommended.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

David Elijah Smith
Docket No. 7:93-CR-16-1BO
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 10 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ J. Brock Knight<br>J. Brock Knight<br>U.S. Probation Officer<br>2 Princess Street Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2030<br>Executed On: January 25, 2016 |

### ORDER OF THE COURT

Considered and ordered this __27__ day of __January__, 2016 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge